# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SONIA BARRIENTOS, individually and on behalf of all others similarly situated, <br><br> Plaintiff, <br><br> vs. <br><br> LAW OFFICE OF JEFFREY H. JORDAN, <br><br> Defendant. | Case No. 2:15-cv-06282-JAK-GJS <br><br> **JUDGMENT JS-6** |

The Parties, consisting of Named Plaintiff SONIA BARRIENTOS and Defendant LAW OFFICE OF JEFFREY H. JORDAN, having settled this action and the Court having entered a Final Approval Order on September 19, 2018 and good cause appearing therefor,

IT IS HEREBY ORDERED, ADJUDICATED AND DECREED THAT:

1. This Judgment incorporates by reference the definitions in the Joint Stipulation of Class Action Settlement Agreement ("Settlement Agreement") and all terms defined therein shall have the same meaning as set forth in the Settlement

Agreement;

2. Judgment is hereby entered whereby Named Plaintiff and all Settlement Class Members shall take nothing from Defendant except as expressly set forth in the Settlement Agreement and the Final Approval Order.

3. Without affecting the finality of the Final Approval Order and Judgment in any way, the Court shall retain jurisdiction to construe, interpret, implement, and enforce the Settlement Agreement, to hear and resolve any contested challenge to a claim for Settlement benefits, and to supervise and adjudicate any dispute arising from or in connection with the distribution of Settlement benefits.

4. Each Party shall bear its own attorneys' fees and costs, except as otherwise provided in the Settlement Agreement and the Final Approval Order.

5. Each Settlement Class Member has released and is hereby permanently barred from filing or prosecuting any of the Settlement Class Members' Released Claims against the Defendant and all of the Released Parties.

6. The Named Plaintiff has released and is hereby permanently barred from filing or prosecuting any of the Released Claims against the Defendant and all of the Released Parties.

7. Judgment shall be entered dismissing the action with prejudice; provided, however, that the Court shall retain jurisdiction with respect to any issues that arise as to the disbursement of unclaimed settlement funds and related matters.

**IT IS SO ORDERED AND ADJUDGED. LET JUDGMENT BE FORTHWITH ENTERED ACCORDINGLY.**

Date: September 28, 2018

_____
JOHN A KRONSTADT
UNITED STATES DISTRICT JUDGE